377 A.2d 1377

**Joseph M. DIMIRACK and Carolyn A. Dimirack, his wife, Appellants,**

**v.**

**THREE R'S CORPORATION, a corporation.**

Supreme Court of Pennsylvania.

Argued March 10, 1975.

Decided Oct. 7, 1977.

Benjamin M. Clasky, J. Kerrington Lewis, Michael W. Zurat, Pittsburgh, for appellants.

Dickie, McCamey & Chilcote, David B. Fawcett, Jr., James R. Miller, Pittsburgh, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Each party to bear own costs.

JONES, former C. J., did not participate in the decision of this case.